# First District Court of Appeal
## State of Florida

_____

No. 1D16-5356
_____

James Kaleb Wolfe,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

July 19, 2018

Per Curiam.

    Affirmed.

Wolf, Lewis, and Ray, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.